# ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Donna M. Ryu<br>Chief U.S. Magistrate Judge | **RE:** | AMIRI, Morteza |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:23-cr-00269-1 and<br>4:23-cr-00264-2 |

**Date:** October 11, 2023

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kalisi Kupu                                                                 (510) 637-3757

U.S. Pretrial Services Officer                                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

**☒** I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**☒** Modification(s)

**1. The defendant may travel to the Eastern and Central Districts of California with prior approval of Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

**JUDICIAL OFFICER  DONNA M. RYU**                     10/19/2023
Chief Magistrate Judge                                            Date