Paul Goyette (SBN 137250)
**GOYETTE, RUANO & THOMPSON**
**A Professional Law Corporation**
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Tel:   (916) 851-1900
Fax:   (916) 851-1995
Email: paul@grtlaw.com

Attorneys for Defendant,
Morteza Amiri

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cr-00269 JSW |
| Plaintiff, | |
| vs. | NOTICE REGARDING PROTECTIVE ORDER |
| MORTEZA AMIRI, | |
| Defendant. | |

The undersigned counsel files this Notice to acknowledge the stipulated Protective Order (Dkt. 59) entered in the above-captioned case and my agreement to be bound by it.

Dated: December 19, 2023                    **GOYETTE, RUANO & THOMPSON**

*Paul Goyette*

_____
PAUL Q. GOYETTE
Counsel for Defendant MORTEZA AMIRI