Paul Q. Goyette (SBN 137250)
Janelle F. Crandell (SBN 224994)
**GOYETTE, RUANO & THOMPSON, INC.**
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA  95670
Ph: (916) 851-1900
Fax: (916) 851-1995
Email:  Paul@grtlaw.com

Attorneys for Defendant,
MORTEZA AMIRI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI,<br><br>Defendants. | Case No.  23-cr-00269 JSW<br><br>**MORTEZA AMIRI'S STATEMENT OF NON-OBJECTION TO COURT'S ORDER TO SHOW CAUSE** |

Defendant MORTEZA AMIRI by and through his undersigned counsel, hereby responds to the Court's Order to Show Cause issued on December 3, 2024. Having reviewed the superseding trial schedules and exclusions of time, Mr. Amiri affirms that he does not find these schedules or exclusions of time to be unacceptable and, therefore, does not object to the Court's Order.

Accordingly, Mr. Amiri does not seek further adjustments to the trial schedule and believes the existing order is appropriate.

DATED:  December 9, 2024

_____
JANELLE F. CRANDELL
Attorney for Defendant
MORTEZA AMIRI

1
DEFENDANT'S STATEMENT OF NON-OBJECTION TO COURT'S ORDER TO SHOW CAUSE