UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI, ERIC ALLEN ROMBOUGH, AND DEVON CHRISTOPHER WENGER,<br><br>Defendants. | Case Nos. 23-cr-00269-JSW<br>23-cr-00268-JSW-2<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; MAINTAINING NEWLY-SET TRIAL DATES**<br>Re: Dkt. No. 215 (-269 case); Dkt. No. 133 (-268 case) |

On December 3, 2024, the Court issued a Superseding Trial Scheduling Order and issued an Order to Show Cause why the new trial schedules would be unacceptable. The parties responded on December 9, 2024. All parties acquiesce to the new trial dates, with the exception of Defendant Wenger, who objects to the new trial date in the -269 case, and Defendant Rombough, who did not respond to the Order to Show Cause.

Wenger seeks a greater extension of time, to sometime in Summer 2025, for the -269 trial to occur. In support, Wenger claims that the complexity of the case and his counsel's conflicting trial obligations warrant further continuance. Wenger also claims that further time is needed because the Government has engaged in a pattern of late disclosure of evidence.

Wenger's objections are without merit. The case has been pending for over a year, and the Government's disclosures of evidence are the subject of other motions pending before the Court. Moreover, the trial calendar submitted by Wenger's counsel shows that she is not in trial at the same time as the -269 case. To the extent the February 18, 2025 trial date in 2:23-cv-06887-SVW-SSC (C.D. Cal.) conflicts with the trial schedule in the -269 case, counsel has not shown good cause. The February 18, 2024 trial date was set in the -269 case on April 30, 2024. The

1  United States District Court for the Central District of California set a trial date in Ms.
2  Castronovo's conflicting case months later, on September 18, 2024, and the docket does not
3  reflect that Ms. Castronovo raised the conflicting trial in this action with that court.  (*See Houseton*
4  *et al. v. Kirk et al.*, Case No. 2:23-cv-06887-SVW-SSC (C.D. Cal.), Dkt. No. 185.)

   Accordingly, the Court maintains the Superseding Trial Scheduling Order, and DISCHARGES the Order to Show Cause.  The Court will not further continue either trial at this time.

   **IT IS SO ORDERED.**

Dated: December 10, 2024

JEFFREY S. WHITE
United States District Judge

2