```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    alexandra.shepard@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-269 JSW |
| Plaintiff, | |
| v. | **NOTICE OF ADDITIONAL COUNSEL** |
| MORTEZA AMIRI ET AL., | |
| Defendants. | |

The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Alexandra Shepard now appears in this matter on behalf of the United States. Future ECF notices should be sent to AUSA Shepard with the following contact information: Alexandra Shepard, 450 Golden Gate Avenue, Box 36055, San Francisco, CA, 94102, Alexandra.Shepard@usdoj.gov.

//

//

//

//

DATED: January 6, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Alexandra Shepard*

ALEXANDRA SHEPARD
Assistant United States Attorney