UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI, ERIC ALLEN ROMBOUGH, DEVON CHRISTOPHER WENGER,<br><br>Defendants. | Case No. 23-cr-00269-JSW<br><br>**ORDER REQUIRING STATUS REPORT AS TO ANTICIPATED LENGTH OF TRIAL** |

The Government previously stated that it anticipates requiring three weeks to present its case-in-chief at the trial in this action. The Court HEREBY ORDERS the parties to file an updated joint status report, no later than Thursday, January 16, 2025, at 12:00 p.m., stating whether Defendant Rombough's anticipated change of plea will impact the anticipated length of trial.

The Court intends to conclude the trial by March 26, 2025, including via use of full days on Mondays, Wednesdays, and Thursdays, and/or sitting on Fridays. The parties shall state in their updated joint status report whether they believe that timeline is possible.

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____
JEFFREY S. WHITE
United States District Judge