1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   ALEXANDRA SHEPARD (CABN 205143)
6  Assistant United States Attorneys

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (510) 637-3680
        FAX: (510) 637-3724
9       Eric.Cheng@usdoj.gov
        Ajay.Krishnamurthy@usdoj.gov
10      Alethea.Sargent@usdoj.gov

11 Attorneys for United States of America

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                           OAKLAND DIVISION
15

16 | UNITED STATES OF AMERICA,            ) Case No. 23-CR-00269 JSW
                                          )
17 |     Plaintiff,                       ) **JOINT STATUS REPORT REGARDING**
                                          ) **ANTICIPATED LENGTH OF TRIAL**
18 |   v.                                 )
                                          )
19 | MORTEZA AMIRI and                    )
     DEVON CHRISTOPHER WENGER,            )
20                                        )
         Defendants.                      )
21 |                                      )

22    This matter is set for trial on March 3, 2025, with jury selection on February 26, 2025. The

23 parties submit this joint status report in response to the Court's order regarding the anticipated length of

24 the trial in this case. Dkt. 237.

25    First, as the Court noted in its order, Defendant Eric Rombough has pleaded guilty. Dkt. 238.

26 The government expects that Rombough will testify at trial and that he may be subject to a lengthy

27 cross-examination. Nonetheless, the government anticipates that Rombough's entry of plea will reduce

28 the amount of time necessary for its case-in-chief. The government is also preparing proposed

stipulations, including with respect to business records custodians, that would streamline the number of witnesses required at trial if agreed to by the parties. The government therefore anticipates that it will conclude its case-in-chief in less than its original prediction of three weeks of court time.

At this time, Defendant Amiri anticipates that his case-in-chief will last approximately 2 days.

At this time, Defendant Wenger anticipates that his case-in-chief will last approximately 4 days.

Accordingly, the parties expect to conclude the trial by March 26, 2025. In an abundance of caution, however, the parties request that the Court use full days (except for Tuesday) and sit on Friday, rather than the Court's typical court schedule, at least for the first week of trial.

DATED: January 16, 2025    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
ALEXANDRA SHEPARD
Assistant United States Attorneys

DATED: January 16, 2025    Respectfully submitted,

GOYETTE, RUANO & THOMPSON
A Professional Corporation

/s/
PAUL Q. GOYETTE
JANELLE F. CRANDELL
Attorneys for Defendant, MORTEZA AMIRI

DATED: January 16, 2025    Respectfully submitted,

SEKI, NISHIMURA & WATASE, PLC

/s/
NICOLE LOPES
Attorney for Defendant, DEVON WENGER