UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI and DEVON CHRISTOPHER WENGER,<br><br>Defendants. | Case No. 23-cr-00269-JSW-1, 3<br><br>**ORDER REGARDING STATEMENT OF THE CASE** |

The Court HEREBY ORDERS counsel for the parties to meet and confer regarding the Joint Statement of the Case and to submit an updated proposed statement by the end of the day today, February 10, 2025.

**IT IS SO ORDERED.**

Dated: February 10, 2025

_____
JEFFREY S. WHITE
United States District Judge