PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Eric.Cheng@usdoj.gov
    Ajay.Krishnamurthy@usdoj.gov
    Alethea.Sargent@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-CR-00269 JSW |
| Plaintiff, | ORDER GRANTING LEAVE TO DISMISS ~~NOTICE OF DISMISSAL OF~~ COUNT THREE |
| v. | |
| MORTEZA AMIRI and DEVON CHRISTOPHER WENGER, | Re: Dkt. No. 310 |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count Three of the above indictment.

DATED: February 17, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

    */s/ for Martha Boersch*
MARTHA BOERSCH
Chief, Criminal Division

Leave is granted to the government to dismiss Count Three of the indictment.

Date: February 18, 2025

HON. JEFFREY S. WHITE
United States District Judge