UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI and DEVON CHRISTOPHER WENGER,<br><br>Defendants. | Case No. 23-cr-00269-JSW-1, 3<br><br>**ORDER REGARDING JURY QUESTIONNAIRE RESPONSES AND PRE-EXCUSALS** |

The Court has received responses to the jury questionnaires. The responses and list of potential jurors will be sent to counsel via email. The parties are HEREBY ORDERED to meet and confer and provide the Court with a list of recommended pre-excusals by **12:00 p.m. Friday, February 21, 2025.**

**IT IS SO ORDERED.**

Dated: February 19, 2025

_____
JEFFREY S. WHITE
United States District Judge