PATRICK D. ROBBINS (CABN 152288)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

     1301 Clay Street, Suite 340S
     Oakland, California 94612
     Telephone: (510) 637-3680
     FAX: (510) 637-3724
     Eric.Cheng@usdoj.gov
     Ajay.Krishnamurthy@usdoj.gov
     Alethea.Sargent@usdoj.gov
     Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00269 JSW |
|     Plaintiff, | ) **UPDATED JOINT STATEMENT OF THE** |
| | ) **CASE** |
|   v. | ) |
| | ) |
| MORTEZA AMIRI and | ) |
| DEVON CHRISTOPHER WENGER, | ) |
| | ) |
|     Defendants. | ) |

Pursuant to the Court's Orders (Dkt. Nos. 298 & 316), the parties have met and conferred

regarding the Joint Statement of the Case and submit the following updated proposed statement:

//

//

1    This is a criminal case brought by the United States government against defendants Morteza

2  Amiri and Devon Wenger.  Defendants Amiri and Wenger are charged with conspiring with each other

3  and other law enforcement officers to violate the civil rights of individuals, in or near Antioch,

4  California, through the use of unreasonable force.  Defendants Amiri and Wenger are also charged with

5  individual violations of civil rights through their uses of unreasonable force.  Defendant Amiri is also

6  charged with falsification of records.  During the relevant time period, Defendants Amiri and Wenger

7  were police officers with the Antioch Police Department.

8    Specifically, the government alleges that, between at least 2019 and 2022, Defendants Amiri and

9  Wenger took part in a conspiracy with Eric Rombough and other law enforcement officers to use

10  unreasonable force against individuals in or near Antioch, California.  The government alleges that, as

11  part of the conspiracy, the defendants agreed with each other to use unreasonable force; communicated

12  about their deployments of unreasonable force and touted them to each other; and encouraged each other

13  to use unreasonable force, including as punishment; among other things.  The government also alleges

14  that Defendant Amiri used unreasonable force on A.A. on or about July 24, 2019; on D.R. on or about

15  August 23, 2020; and on M.Z. on or about October 8, 2020, and that Defendant Wenger used

16  unreasonable force on D.S. on or about October 26, 2021.  The government further alleges that

17  Defendant Amiri obstructed justice by falsifying a police report regarding the arrest of A.A., on or about

18  July 24, 2019.

19    These are only allegations.  Defendants Amiri and Wenger have denied the charges and pleaded

20  not guilty.  Defendants Amiri and Wenger are presumed innocent of all charges. The United States

21  government must prove each charge against Defendants Amiri and Wenger beyond a reasonable doubt.

22  DATED:  February 19, 2025                    Respectfully submitted,

23

24                                                             PATRICK D. ROBBINS
                                                                Acting United States Attorney

25                                                                  /s/
                                                             _____

26                                                             ERIC CHENG
                                                             ALETHEA SARGENT

27                                                             AJAY KRISHNAMURTHY
                                                             ALEXANDRA SHEPARD

28                                                             Assistant United States Attorneys

1    DATED:  February 19, 2025                    GOYETTE, RUANO & THOMPSON

2

3                                                 _____/s/_____
                                                  PAUL GOYETTE
                                                  JANELLE CRANDELL
4                                                 Attorneys for Defendant MORTEZA AMIRI

5

6    DATED:  February 19, 2025                    Respectfully submitted,

7                                                 SEKI, NISHIMURA & WATASE, PLC

8                                                 _____/s/_____
                                                  NICOLE LOPES
9                                                 Attorney for Defendant DEVON WENGER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28