PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Eric.Cheng@usdoj.gov
    Ajay.Krishnamurthy@usdoj.gov
    Alethea.Sargent@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00269 JSW |
|---|---|
| Plaintiff, | ) **JOINT STATEMENT REGARDING JUROR** |
| v. | ) **PRE-EXCUSALS** |
| MORTEZA AMIRI and DEVON CHRISTOPHER WENGER, | ) |
| Defendants. | ) |

    Pursuant to the Court's Order (Dkt. 327), the parties submit the following recommendations regarding jurors who should be excused prior to voir dire.

//

//

//

| Juror | Government | Def. Amiri | Def. Wenger |
|---|---|---|---|
| 91 | Hardship | Hardship, Cause | Cause |
| 92 | | | No questionnaire attached for 92 |
| 93 | | Cause | Cause |
| 94 | | | Cause |
| 95 | | | Cause |
| 97 | Hardship | Hardship | |
| 98 | | Hardship, Cause | |
| 99 | Hardship | Hardship | Hardship, Cause |
| 100 | Hardship | Hardship, Cause | Hardship, Cause |
| 101 | | | Hardship, Cause |
| 102 | | Hardship | |
| 103 | Hardship | Hardship, Cause | Cause |

DATED: February 25, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/
ERIC CHENG
AJAY KRISHNAMURTHY
ALEXANDRA SHEPARD
Assistant United States Attorneys

DATED: February 25, 2025

GOYETTE, RUANO & THOMPSON

/s/
PAUL GOYETTE
JANELLE CRANDELL
Attorneys for Defendant MORTEZA AMIRI

1 | DATED: February 25, 2025

Respectfully submitted,

SEKI, NISHIMURA & WATASE, PLC

   /s/
_____
NICOLE LOPES
Attorney for Defendant DEVON WENGER