UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORTEZA AMIRI,<br><br>　　　　　Defendant. | Case No. 23-cr-00269-JSW-1<br><br>**ORDER ADOPTING GOVERNMENT'S PROPOSED JURY INSTRUCTION**<br><br>Re: Dkt. No. 349 |

The Court has reviewed the parties' joint statement regarding proposed jury instruction. The Court will read the Government's proposed instruction to the jury on the morning of March 6, 2025.

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
JEFFREY S. WHITE
United States District Judge