PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Eric.Cheng@usdoj.gov
    Ajay.Krishnamurthy@usdoj.gov
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MORTEZA AMIRI, <br><br> Defendant. | CASE NO. 23-cr-269 JSW-1 <br><br> **DECLARATION OF ALEXANDRA SHEPARD IN SUPPORT OF UNITED STATES' MEMORANDUM IN SUPPORT OF DETENTION** |

I, Alexandra Shepard, declare as follows:

1. I am an Assistant United States Attorney assigned to prosecute the above-captioned criminal matter.

2. Attached hereto as Exhibit 1 is the Declaration of Joseph Vigil, Acting Chief, Antioch Police Department, dated March 14, 2025.

3. Attached hereto as Exhibit 2 is the Declaration of Jessica Duston, Special Agent, Federal Bureau of Investigation, dated March 17, 2025.

4. Attached hereto as Exhibit 3 is a document produced at Bates US-UOF-010114. It is a true and correct copy of an email string from the Municipal Pooling Authority dated August 25, 2023. The emails are redacted to protect the identities and privacy of the individuals involved.

5. Attached hereto as Exhibit 4 is a document produced at US-UOF-010111. It is a true and correct copy of an FBI interview report dated February 14, 2025. The report is redacted to protect the identities and privacy of the individuals involved.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge. Executed this 17th day of March, in San Francisco, California.

                                                 */s/ Alexandra Shepard*
                                                 ALEXANDRA SHEPARD
                                                 Assistant United States Attorney