UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>        Plaintiff,<br>   v.<br>MORTEZA AMIRI,<br>        Defendant. | Case No. 23-cr-00269-JSW-1<br><br>**ORDER FOR REMAND** |

IT IS SO ORDERED that the defendant, Morteza Amiri, is remanded into the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: March 18, 2025

_____
JEFFREY S. WHITE
United States District Judge