Paul Q. Goyette (SBN 137250)
Janelle F. Crandell (SBN 224994)
**GOYETTE, RUANO & THOMPSON, INC.**
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Ph: (916) 851-1900
Fax: (916) 851-1995
Email: Janelle@grtlaw.com

Attorneys for Defendant,
MORTEZA AMIRI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MORTEZA AMIRI, <br><br> Defendants. | Case No. 23-cr-00269 JSH <br><br> **DECLARATION OF JANELLE CRANDELL IN SUPPORT OF DEFENDANT MORTEZA AMIRI'S SENTENCING MEMORANDUM** |

I, Janelle Crandell, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate at the law firm of Goyette, Ruano and Thompson, attorneys of record for Morteza Amiri.

2. Except where otherwise stated, I have personal knowledge of the facts set forth herein, and, if called to testify as a witness thereto, I could do so competently under oath. I submit this declaration in support of Mr. Amiri's Sentencing Memorandum.

3. Attached hereto as **Exhibit A** are true and correct copies of 63 character letters that have been submitted in support of Mr. Amiri. The letters are indexed below. The letters denoted by an asterisk were previously submitted to U.S. Probation in connection with Mr. Amiri's pre-sentence interview.[1]

| Letter No. | Author | Relationship |
|---|---|---|
| 1* | Lailoma Akbarpour | Mother |
| 2* | Ali Najafpour | Cousin |
| 3* | Parviez Najafpour | Cousin |
| 4* | Nargis Zarrinkhoo | Cousin |
| 5* | Payman Najafpour | Cousin |
| 6* | Hussain Akbarpour | Cousin |
| 7 | Loren Mixon | Officer Mentor; Friend |
| 8 | Kobra Akbarpour | Grandmother |
| 9* | Jeanette Cazares | Friend |
| 10* | Dustin Greene | Former Colleague (Brentwood Police Department) |
| 11* | Emily Amiri | Wife |
| 12* | Kelly Azevedo | Mother-in-Law |
| 13 | Juanita Delgado | Grandmother-in-Law |
| 14 | Steven Aiello | Retired Antioch Police Officer; Former President of Antioch Police Officers' Association |
| 15* | Lynn Dansie | Records Employee (Antioch & Brentwood Police Department); Friend |
| 16* | John Hulleman | Retired Antioch Police Officer; Friend |
| 17 | Freeman & Connie Phillips | Neighbors |
| 18* | Walter "Waleed" Akbar | Real Estate Business Colleague; Friend |
| 19* | Patrick Hulleman | Real Estate Business Colleague; Friend |
| 20* | Sal Azevedo | Father-in-Law |
| 21 | Anonymous | Former Colleague (Antioch Police Department) |
| 22 | Behroz Akbarpour | Uncle |
| 23 | David Akbarpour | Uncle |
| 24 | Elyas Akbarpour | Cousin |
| 25 | Eman Akbarpour | Cousin |

---

[1] After counsel for Mr. Amiri provided a sample of letters to U.S. Probation, Letter No. 10's author revised his letter. The revised version of the letter is attached to Mr. Amiri's sentencing memorandum.

| 26 | Farhad Akbarpour | Cousin |
|---|---|---|
| 27 | Farid Akbarpour | Cousin |
| 28 | Fraidon Akbarpour | Uncle |
| 29 | Gita Akbarpour | Cousin |
| 30 | Jawad Akbarpour | Uncle |
| 31 | Omid Akbarpour | Cousin |
| 32 | Sarah Akbarpour | Cousin |
| 33 | Shawn Akbarpour | Cousin |
| 34 | Shougofa Akbarpour | Aunt |
| 35 | Tannaz Akbarpour | Cousin |
| 36 | Yalda Akbarpour | Cousin |
| 37 | Zahra Akbarpour | Cousin |
| 38 | Yalda Benjamin | Family Friend |
| 39 | Brandon Bushby | Former Coworker; Friend |
| 40 | Roy Bryson | Family Friend |
| 41 | Yvette Bryson | Family Friend |
| 42 | Nicole Cedano | Antioch Citizen |
| 43 | Kathryn Cole | Family Friend |
| 44 | Maryam Falahati | Family Friend |
| 45 | Kash Ghazanfarpour | Friend |
| 46 | Suwila Habib | Family Friend |
| 47 | Mina Hamkar | Second Cousin |
| 48 | Eric Johnsen | Former Colleague / Supervisor (Antioch Police Department, Retired) |
| 49 | Farra Kandahari | Cousin |
| 50 | Sean McCauley | Real Estate Business Colleague; Friend |
| 51 | Adam Miller | Private Security Officer; Professional Acquaintance |
| 52 | Sohaila Moradi | Family Friend |
| 53 | Andrew Morehead | Friend |
| 54 | Marco Moroyoqui | Family |
| 55 | Douglas Morrison | Former Colleague (Brentwood Police Department) |
| 56 | Azita Munsif | Family Friend |
| 57 | Hashim Najafpour | Uncle |
| 58 | Laila Najafpour | Aunt |
| 59 | Zoli Partovi | Aunt |
| 60 | Mari Saleh | Cousin |
| 61 | Muzhda Samadi | Cousin |
| 62 | Sammy Sharifi | Family Friend |
| 63 | Sousan Taymuree | Family Friend |

Executed on this 16th day of June, 2025.

*/s/*
Janelle Crandell