# EXHIBIT A

# Letter No. 1
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 2

To the Honorable Judge Jeffrey White:

My name is Ali Najafpour, and I am writing this letter in support of my cousin, Morteza Amiri. To simply call him my cousin doesn't quite capture our relationship. Morteza has been like a younger brother to me for as long as I can remember. Our lives became deeply intertwined when he was just around three years old, after his parents divorced and he and his mother came to live in our home. For a time, my father became his father figure, and Morteza shared a bedroom with my two younger brothers. I was the eldest of the group, but in many ways, it was Morteza who pushed me to grow up.

From the very beginning, he was eager to belong. As an only child who had just gone through the upheaval of divorce, he was clearly hungry for structure, family, and a sense of brotherhood. And despite his young age, he carried himself with a kind of grace and maturity that surprised us all. He was soft spoken, incredibly well mannered, and respectful, not because someone was watching, but because that was who he was. In fact, my mother would often point to him as a model child. She would say, "Look at how Morteza behaves, you could learn from him." That's not something any older sibling wants to hear, but looking back now, it's a reflection of the kind of influence he had on those around him.

In a way, his presence in our house challenged all of us to be better. I couldn't let this younger cousin be more respectful, more thoughtful, or more diligent than I was. That wasn't how things were supposed to work. So without realizing it at the time, Morteza helped shape me into a better version of myself. I became a more attentive son and a more responsible older brother, not just out of duty, but because he quietly raised the bar for all of us.

Even as a child, Morteza had a clear sense of who he wanted to be. He often spoke sincerely and consistently about becoming a police officer. At first, like many kids, we thought he was just fascinated by the lights, the uniforms, the fast cars. But it quickly became obvious that his dream was rooted in something much deeper. He wanted to protect people. He wanted to make the world safer. He had a moral clarity and a long term vision that I found rare, even among adults. While I struggled, like most kids do, to think beyond the next year, Morteza already had a plan. It was the kind of intentionality every parent tries to instill in their children. And he lived it.

There's a moment from our childhood that has always stayed with me. The room Morteza shared with my brothers had a very high ceiling and a narrow entryway where the walls on either side created a tight gap. We used to challenge ourselves by climbing up those walls using our arms and legs to press outward and shimmy up to the ceiling. We did this often and safely for quite some time. But one day, I pushed a little too hard. I was bigger and heavier, and I heard a loud crack as my foot went through the sheetrock. I panicked. Trying to cover it up, I moved one of Morteza's framed elementary school awards and placed it awkwardly over the hole in the wall.

It didn't take long for my dad to notice. The frame placement was too odd to ignore. When he removed it and saw the damage, he called us in and said, "I know you've all been climbing this wall, and now it's damaged." Before he even asked who did it, Morteza immediately stepped

forward and apologized. He didn't hesitate. It threw me off completely. He was taking the blame for something he didn't do. My older brother instincts kicked in, and I owned up to it right away. But that moment changed how I saw him. He was willing to sacrifice himself, to take the heat, to protect me. Not because anyone asked him to, but because it was just in his nature. That's the kind of person he has always been, loyal, selfless, and deeply protective of those he loves.

As we grew older, life got busier. We both got jobs, started families, and saw each other less often. But whenever we did reconnect, it was like no time had passed. Our conversations were deep, about parenting, marriage, career choices. I always came away from those talks feeling proud of him. He was thoughtful, insightful, and constantly learning. In fact, I would often tell my wife how amazed I was at how much he had grown every time we spoke.

He loved talking about his wonderful wife, Emily and his children, especially his firstborn son. I remember him telling me how important it was to him to raise a son who was independent, quick witted, and resilient. He wanted to instill values that would prepare his kids for the real world, and I can't think of anyone better suited to teach those lessons than Morteza himself. He's naturally witty, emotionally intelligent, and incredibly grounded.

After his police career came to an unfortunate end due to the ongoing legal matters, I watched in awe as he transitioned into a completely new field, real estate. This was someone who had dreamed of being a police officer since childhood. He thought he'd retire in that job. But rather than wallow in self pity or denial, he took immediate action. He pivoted. He adapted. And not only did he learn, he excelled. He even invited me to spend a few days with him at his home, to shadow him and learn what he had picked up so far. I watched as he absorbed information at an incredible pace, making connections, solving problems, moving forward. I couldn't keep up. I remember thinking, he's superhuman. I wish I had a fraction of that drive and clarity.

Then came the hardest part. He called me personally to tell me what was happening, about the investigation, the text messages, the fallout. He told me there were things I'd read or hear about that wouldn't align with the values he was raised with. And he apologized to me. Not out of obligation, but out of genuine remorse. What struck me was how important it was to him that he not disappoint the people who believed in him. He wasn't making excuses, he was reflecting. He knew that some of the things said in those messages were deeply in conflict with the person he truly is. He told me how ashamed he felt, and how he feared he had let me down.

When I read some of the texts, I was hurt and confused. I asked myself, what has police work done to my cousin? Because I know who raised him. I know the values that shaped him. And I truly believe that, in a desire to belong and connect with his peers, many of whom became like brothers to him in the absence of his own, he was pulled into a culture that rewarded behavior he would have otherwise condemned. I believe the environment he was in normalized things that should never have been normalized. And while I don't excuse it, I understand the human need for acceptance can present conflicts, especially for someone who grew up craving brotherhood.

I want to be very clear, I understand he was found guilty by a jury of his peers in a system I respect, but I do not believe Morteza is a criminal at heart. I have known him nearly all my life. He is not someone who sets out to hurt others. He is not malicious. He is a man who, despite his

mistakes, still carries the same heart he had as a little boy who just wanted to do good in the world. I believe that Morteza has made mistakes, but I also believe he has the ability and the desire to grow from them. I've seen firsthand how resilient, reflective, and determined he is. I believe he still has so much good left to give, to his family, to his community, and to himself.

Thank you for taking the time to read this letter. I hope it gives you a fuller picture of the person Morteza truly is, and why I still stand by him, not blindly, but because I know the heart behind the man.

Respectfully,

Ali Najafpour

# Letter No. 3

**To The Honorable Judge Jeffrey White:**

My name is Parviez Najafpour, I am writing this letter in support of my cousin Morteza Amiri, who I have had the privilege of growing up with my entire life. I understand the magnitude of this case and I won't speak about legal matters, but just to give my honest account of Morteza's true character from my perspective. For as long as I can remember I've grown with, laughed with, learned from, and looked up to him as my older brother.

When I was in first grade, Morteza and his mom moved into our home during a difficult time in their lives. He was only a couple of years older than me, but I remember watching how he carried himself even back then. He was respectful, responsible beyond his age, and always put others before himself. My father naturally became a father figure to him as we lived together, but in many ways Morteza became a role model to me.

He's always wanted to be a police officer. As a kid, when adults asked why he wanted to become a cop, his answer was "Because cops help people. I want to help people." That's something that quite literally embodied his character back then, and still carries on to this day.

There are countless examples I could share, but one of the earliest that stuck with me happened when we were kids. One day my mom told us not to waste food because there are people who don't have the privilege to eat, and sometimes even resort to looking for food in the trash. Morteza, taking that to heart the only way a child could, told me to join him as we filled ziploc bags with cereal and started throwing them in the trash bin. My mom said "What in the world are you kids doing!?" His response: "So people could find them and have something to eat." Even as a child, he internalized the idea of helping others so deeply.

At Chuck E. Cheese once, he won a Buzz Lightyear toy he was thrilled about. I won a dull little toy I disliked. Without hesitation, he gave me his, just because he saw how much I wanted it. I kept that toy for years and thought of him every time how he was nice to me. When we were teens, I'd stay over at his house, and he'd lay out a mattress for me, making sure I had blankets and food before he even thought about himself.

During our teenage years, our grandfather who ran a fruit business, would wake us up at the crack of dawn to go lift heavy fruit boxes whether it was in the scorching Central Valley heat during summer break or in the cold winter mornings. This went on for years and Morteza never complained, even when I made excuses not to go, he would still show up for him. It was a choice, a choice he made because his values of helping others is higher than spending his weekends off school as an early teen. He was not paid at all, it was out of pure commitment and desire to help, he always told me "Gotta help grandpa he needs it". Week after week, out of love and duty to our grandfather, who saw him like a prince.

Later during college, I bought a car I couldn't afford and found myself in a financial mess. I asked Morteza for $2,500 which was a huge ask at the time and without a second thought he gave me a loan. With some bad luck the car broke down for good and I was left broke, I tried to pay him back with the little I had left. He told me to keep it and use it to buy another car for myself. He refused to take it back even after insisting adamantly. The only way I could "repay" him was by selling him a truck at a small discount 7 years later, which he only reluctantly accepted after I begged him to. He tried to pay full price but I refused to take the rest of the money from him, as he puts others before himself.

Even now as an adult, he continues to live by the same values. We have some relatives who own restaurants and It's common practice when a family member comes to eat, they don't charge. I've seen him do this, when they refuse to take Morteza's payment he secretly drops a lump sum of cash into the tip jar so they never know who paid. But if you try to pay him at his restaurant if he had one? Good luck. It's just who he is, someone who gives without expecting anything in return.

Morteza is a deeply loving father now. He told me once, "I can't understand how anyone can leave their child. My son is so precious. I want to give him everything I didn't have." That stayed with me. Because I've seen what he didn't have growing up  and I've seen how he became the man he is despite that.

Your Honor, I know I'm not a professional, and this may not be perfectly written, there is so much I was tempted to include but left out in respect for time. But I hope it's enough to show you who Morteza really is. He is not a violent man. He is not reckless. He is not what this case makes him appear to be. He is a kind, thoughtful, giving, deeply moral person who has always done his best to uplift others humbly and consistently.

This situation does not reflect the heart of the person I have known for my entire life. I ask you, with all the honesty and clarity I can offer, to please consider the full human being behind this case. He is a father, a son, a cousin, and most of all, a good man.

Thank you for your time and consideration.

Respectfully,

Parviez Najafpour

# Letter No. 4
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 5
# PROVISIONALLY FILED UNDER SEAL

# Letter No. 6
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 7

April 24, 2025
Re: Morteza Amir

To Honorable Judge Jeffrey White,

My name is Loren Mixon, I am 54 years old, I am African American, and I am currently working in a sworn law enforcement position for a bay area law enforcement agency. I have known Morteza Amiri since he was teenager, so about 18-19 years now. I met him while he was working several positions at Best Buy located in the City of Dublin, CA. I learned at that moment that Morteza was a very bright and impressionable young man. We quickly became good friends, and I also became very close with his family. Morteza and I talked very often, and I made it a point to check on him as he did the same for me. I became a big brother to him, more like a role model and mentor. At this time in his life, coming up to adulthood, like most young men at his age, Morteza was in need of good positive influence as that is what he was about. Morteza was the type of person that if you called him and needed help, he would do his very best to provide you with what you needed; the type that would give you the shirt off his back. If you tried to repay him, he would kindly and respectfully decline. His family is the same way which is evident of a very good solid upbringing.

As I mentioned Morteza was very impressionable and he grew on the fact that I worked in law enforcement and wanted to become a police officer. At the same time so impressionable that I could tell he was the type of kid who wanted to fit in just to feel a part of something. I saw that whatever he put his mind toward he would be successful. I watched him grow into a good man, I followed his path through the police academy, and I also kept in touch with him when he got hired as a police officer in the City of Brentwood and when he took a lateral position in the City of Antioch. I was always proud of him based on his ability to pursue his goals as he wished that I would be. I saw him on a few social media posts via his agencies account that would congratulate him on exceeding expectations in his investigation skills and locating stolen vehicles. Morteza always kept me in the loop of what he was doing and anything he wished to pursue.

I do have to touch on his current situation and allegations because I am of African descent and feel the need. Everyone needs to know who this man is. Morteza in no way has shown any ill will towards me regarding my nationality, ethnicity, or culture. Morteza gravitates to everyone because he is very intelligent and always was willing to learn about new things. He never showed any ignorance to differences which is why I always kept myself available to him if he had any questions about his personal life, job, and choice of career. I do know a roommate he had in the past was African American, as I visited Morteza's home and personally met this person who was also working in law enforcement for the City of Antioch. Morteza is of Middle Eastern descent and is married to a woman of Mexican descent who he has two young children with. I have never known Morteza to show any ill will towards any person of color. Honestly, I will say I do feel somewhat at fault for not being around Morteza during his career as often as I should have to remain a mentor. This job we chose comes with problems which we need to stay clear of as there are those within the agencies that test peers, in this case in a negative way. I do believe Morteza's need to fit in took him down this path.

To conclude, he was always one of the hardest working and caring people I know. When I first met him, he helped his uncle run a car dealership all while working at Best Buy and attending high school. Recently while no longer working in law enforcement Morteza started a business on his own after quickly learning how to purchase homes and renovating them. Part of his business was to provide livable homes in the area as most where pretty much trashed and unlivable; he wanted to help get rid of the blight in the area. Even with the responsibility and stress of what is to come he continued to be available for his family and others.


Respectfully,

Loren Mixon

# Letter No. 8
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 9
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 10

Your Honor,

My name is Dustin Greene, and I have been a police officer with the Brentwood Police Department since 2016. I am writing this letter in a personal capacity to offer a character reference for Morteza Amiri. I have known Morteza for approximately nine years and had the privilege of working with him at the Brentwood Police Department for about a year and a half. I am fully aware of the gravity of the charges against Morteza, but I believe it is important for the court to understand Morteza's character based on the entirety of his life, not just the conduct that has led us here today.

During the demanding field training process, Morteza was one of the only officers who extended kindness and went the extra mile to ensure my success, even though that wasn't a part of his formal role. He took the time to print reference guides, organize a binder with essential paperwork, and offer words of encouragement that had a lasting impact on me. I was so moved by Morteza's generosity and support that I later wrote an email to the Sergeant in charge of the field training program to make sure Morteza was properly recognized for his efforts.

Throughout our time together, Morteza consistently demonstrated a strong work ethic and a level of integrity that earned him the respect of his peers. He was not only proactive in his duties but frequently went above and beyond to assist other officers. Despite being one of the best officers in the department, he always carried himself with humility. On multiple occasions, I witnessed Morteza do the majority of the work to locate a suspect or stolen vehicle but allow another officer to take the credit, seeking no recognition for himself. This selflessness truly highlights his character and willingness to help others, even when it would have benefited him to claim credit.

Beyond the workplace, Morteza often spoke of his family with deep love and pride. It was clear to me that being a good father and husband was central to who he aspired to be. However, Morteza recently confided in me that he admired how I balanced my work, family, and faith. He expressed regret that his life had become imbalanced and that work had come to occupy a central role. I was deeply moved not only by his compliment but also by the sincerity with which he recognized his own shortcomings.

I believe a quote that Morteza had in the biography line of his social media page for years succinctly defines who he is. It read, "Don't look down on someone unless you are giving them a hand up." I have seen Morteza live this quote countless times. Almost a decade ago, Morteza did this for me as a new officer trying to find my way, and now I am returning the favor. I extend my hand to Morteza and his family, to lift them up when they have fallen and to offer grace and love, which I believe is central to the rehabilitation process.

I understand that the Court must consider many factors in its decision, but I respectfully ask that, as you look at Morteza today, you keep this quote in mind. I humbly request that you extend him a hand of grace. I fully believe in his ability to grow from this

experience and to continue being the caring, kind, and selfless person he has always been.

Thank you for your time and consideration.

Sincerely,

Dustin Greene

# Letter No. 11
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 12
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 13
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 14
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 15
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 16

Morteza Amiri Character Letter

John Paul Hulleman
April 23, 2025

Dear Judge White,

I am writing on behalf of Morteza Amiri, whom I have known since he was hired by the Antioch Police Department in 2017. I worked with Morteza until he was fired regarding this investigation. I retired from the Antioch Police Department in November of 2023.

As a fellow police officer and coworker, I had the opportunity to work closely with Morteza and witness his character firsthand. During his time at the department, Morteza was widely respected and known for being hardworking, loyal, compassionate, and caring toward those around him.

I have found Morteza to be compassionate and caring based on my personal interactions with him and observing him on various calls for service. Morteza routinely took the time to listen to and understand the victims of crimes and provide them with a level of service that went beyond basic law enforcement. When time permitted, Morteza would go out of his way to engage in community policing and represent the police department in a positive manner to include engaging with the youth in the city.

It is my view of Morteza that he was caring to a fault. Morteza took the profession serious to the point the crimes he investigated became personal and consumed him. Morteza would investigate the crimes to the fullest with the goal of making an arrest and allowing the victims to achieve justice and closure. Morteza sacrificed his family time and personal relationships due to his dedication to the job. I believe the over consuming dedication Morteza had led to the poor judgements and decisions made which got him to where he is today.

Within the police department, Morteza was the person colleagues turned to for help. He consistently prioritized others' needs over his own, often without hesitation. I watched him grow from a new officer into a valuable asset, quickly advancing to specialty teams, including, Investigations, Canine, and the Gang Unit. In these roles, Morteza was entrusted with sensitive investigations and complex tasks, which he handled with professionalism and dedication.

I understand the serious nature of Morteza's conviction and the circumstances surrounding it. While I am not privy to all the details, I believe the case was influenced by complex factors that shaped its investigation and outcome. Though I do not condone some of Morteza's actions, I do not recognize

the monstrous portrayal of him presented in the proceedings and media. Based on my personal experiences, Morteza has a kind and caring soul. The darkness inherent in police work and Morteza's over dedication created a persona that overshadowed the compassionate nature at his core.

I respectfully ask the court to consider my experiences and view of Morteza's character. With Morteza no longer in police work, he can reflect on the importance of self care and family. To me, Morteza is kind, caring, and compassionate individual and overall, a friend held in high regard.

Sincerely,
John Paul Hulleman

# Letter No. 17
# PROVISIONALLY FILED UNDER SEAL

# Letter No. 18
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 19
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 20

**To The Honorable Judge White,**

I'm writing to you as a father, a grandfather, and a man who has had the privilege of knowing Morteza not just as a son-in-law, but truly as the son I never had. I respectfully ask that you consider his full character, his heart, and the life he's built with my daughter and grandchildren as you make your decision.

As the father of an only daughter, I've always been very protective of her. I wouldn't have let just anyone marry her. I've always known that whoever took her hand would also have to earn my trust and my respect. Morteza did both and continues to, every day.

Before he proposed to my daughter, he came to me privately. He looked me in the eye and asked for my blessing to marry her. That moment still stands out to me. He wasn't nervous in the way young men sometimes are he was calm, sincere, and full of love for my daughter. He told me how much she meant to him, and how he would always protect and care for her. That conversation touched me deeply. I could see the kind of man he was genuine, respectful, and full of heart. That day, I knew she was going to be in good hands.

Morteza has proven to be everything a father could hope for in the man his daughter marries. He's a devoted husband, a hands-on and loving father, and a man of integrity. He works hard, provides for his family, and is always present when it matters most. He's also got a great sense of humor he's always got a joke or a funny story to tell, and he brings so much warmth and laughter to our family.

After the birth of my granddaughter, my daughter became very ill. It took a long time to get a diagnosis, and during that time she was constantly in and out of the emergency room. It was one of the most difficult and heartbreaking periods we've ever gone through as a family. But Morteza never left her side. He took care of her and both children, juggling everything on his own while never showing frustration or fear. He was calm, patient, and steady. He carried the weight for all of us, and I'll never forget the strength he showed during those months.

But there's something else I want to share with you that speaks to who Morteza is. Through his love and the example, he and my daughter set, they inspired me to return to my faith. Their commitment to family, love, and doing right even when life is hard opened something in my heart. I made the decision to go back to church, and not long after, I was baptized again. Now, every Sunday, we go together as a family. That's something I never expected later in life but it's one of the greatest blessings I've known. That spiritual shift in me came from witnessing how Morteza lives with humility, compassion, and strength.

Morteza has a pure heart. He may have made a mistake, and I understand that the law takes that seriously. But I ask you, Your Honor, to please see him as more than this one chapter. See the man who shows up for his family. See the man who changed the life of a father and grandfather. See the man who brings light, faith, and hope into the people around him.

With all my heart, I ask for your compassion and mercy.

Thank you for taking the time to read my letter.

Sincerely,
Sal Azevedo
Father-in-law & Grandfather

# Letter No. 21

**Honorable Judge White**
**Re: Character Reference for Morteza Amiri**

Dear Honorable Judge White,
I am writing this letter in support of Morteza Amiri, whom I have known both personally and professionally for approximately nine years. While I am aware of the charges brought against him, I respectfully ask that you consider this letter as a reflection of the positive impact Morteza has had on my life and the lives of many others.

I first met Morteza when he served as a police officer with the Brentwood Police Department. During that time, he became both a mentor and a friend. As I was beginning my own career in law enforcement, Morteza devoted countless hours to guiding, training, and encouraging me. He frequently took me on ride-alongs, providing real-world experience and insight into the responsibilities of a police officer. During those shifts, I witnessed Morteza treat members of the community with the utmost respect. He was professional, compassionate, and highly skilled— one of the most proactive officers in the department. His mentorship was instrumental in shaping my early development and reinforcing the values of integrity and service.

What I admire most about Morteza is his genuine desire to help others succeed. He never sought recognition—his satisfaction came from seeing those around him grow and achieve their goals. His guidance significantly influenced not only my career, but also my own approach to leadership and community service.

When Morteza transitioned to the Antioch Police Department, he continued to inspire me. Knowing that I aspired to serve there as well, he supported me with continued mentorship and ride-alongs. Despite the challenges of serving in a community where officers often face public criticism, Morteza remained positive and professional. He consistently showed a light-hearted spirit, bringing joy to those around him while maintaining his commitment to duty. His dedication and optimism, even in the face of adversity, were truly admirable.

I do not condone wrongdoing, but I believe that a person should not be solely defined by their mistakes—especially not someone who has contributed so much good. Morteza has shown commitment, compassion, and leadership throughout his career. I know his heart, and I know it is one devoted to service and to helping others.

I respectfully ask the Court to consider these qualities as you evaluate his character. I am submitting this letter anonymously, without reference to my current agency or assignment, out of concern for potential professional repercussions.

# Letter No. 22

Dear Honorable Judge White,

My name is Behroz Akbarpour, and I am the youngest uncle out of six brothers and three sisters to Morteza Amiri. I am also the younger brother of his mother, Lailoma Akbarpour. I have known Morteza since the day he was born, but my bond with him deepened after he turned three and moved into our parents' home with my sister. From that point on, I didn't just see him as a nephew, I stepped into a big brother role, and he's called me that ever since.

It became my mission to help fill the emotional gaps left by his father's absence. I made a point to take him out to parks, swimming, playing sports, not just for fun, but to keep his heart light and his mind away from sadness. We all made a conscious decision to speak kindly of his father, to preserve Morteza's self-worth and to protect his innocence. He grew up with love, encouragement, and a deep desire to serve others. I remember clearly how, even as a small boy, he announced that he wanted to become a police officer to help people. I believe this came from a pure place, a child's way of making sense of absence by choosing to become a presence for others.

Even at a young age, Morteza had a maturity and compassion that stood out. I recall one moment vividly at Safeway, when he was about four years old, we were waiting in line. A mother and her young daughter stood behind us, and Morteza insisted on giving up our spot so they could go ahead. When I asked him why, he simply said, "Because the little girl is small and doesn't have her daddy to hug her if she gets tired." That response, from a toddler, showed me the depth of his empathy.

As he grew older, his kind nature never changed. Whether at family gatherings, community events, or even out in public, he was always the one showing respect and looking out for others. I remember having a Hispanic employee named David at my car dealership. He didn't speak English and worked hard detailing cars to provide for his two children as a single father. When Morteza found out, he came to me at just fourteen years old, and asked if I could give part of his monthly allowance to David to help him support his kids. No one told him to do it. That's just who he was and still is.

It takes a strong, loving mother to raise a son like that, and my sister did so with quiet grace and discipline. Our home was a place where values mattered, where kindness was taught by example, and where no one was allowed to look down on another person. Morteza grew up with that foundation, and despite everything he has faced, I believe it remains a part of him.

When Morteza's time as a police officer ended due to the legal issues now before the Court, it was deeply painful to witness. Law enforcement wasn't just a job to him, it was his childhood ambition, a path he pursued with determination and pride. What truly impressed me was how he responded to such a devastating setback and he didn't dwell on disappointment but instead threw himself into real estate with full commitment. He quickly adapted, tackled a steep learning curve, and worked tirelessly, all without complaint. His focus, discipline, and refusal to give up reminded me just how resilient he really is.

1

The most difficult moment came shortly after, when he came and met me to explain everything. He spoke with honesty about the investigation and the controversy surrounding it. He let me know that some of the content I might see or hear would not reflect the values he was raised with and of course he apologized. What stayed with me most was his sense of accountability. Not just for his actions, but for the disappointment he feared he had caused in the people who believed in him.

When I attended the trial and heard the details, I felt a wave of confusion and sorrow. I couldn't reconcile the words with the boy I helped raise. But over time, I began to see the broader picture. I believe that, like many who grow up missing a father's presence, Morteza spent much of his life searching for connection and brotherhood. In the environment he entered, one where peer approval and loyalty can become twisted into toxic norms, I think he became caught up in a culture that encouraged behavior he would otherwise never have accepted. That doesn't justify it, but it does help explain how someone so good-hearted could get pulled in that direction.

Your Honor, I fully respect the verdict reached by the jury, and I do not question the justice system. I only hope that, in your sentencing, you'll consider the full scope of Morteza's character. He is not a man motivated by cruelty or malice. He is someone who made errors in judgment. But who also possesses the moral clarity, emotional maturity, and determination to make things right. I've known him since he was a child, and I continue to believe in the decency at his core and in the contributions he still has to offer to his family, to his community, and to himself.

Honorable Judge White, I respectfully ask that you consider extending your compassion to Morteza's two innocent children, and bring light into their lives through your kind and thoughtful decision- making. I have full confidence in your wisdom and fairness in this matter.

Thank you for giving me the chance to share my perspective. I write this not out of obligation, but out of conviction because I know the heart of the man behind this case.

With sincere respect,
Behroz Akbarpour

# Letter No. 23

To the Honorable Judge White,

My name is David Akbarpour, and I am the uncle of Mr. Morteza Amiri. I write this letter to provide you with a deeper understanding of Morteza and to advocate for a fair consideration of his character.

Mr. Morteza Amiri, was raised by my sister as a single mother, facing many challenges. Despite these difficulties, she instilled in him values of kindness, respect, and hard work. From a young age, Mr. Morteza Amiri, displayed a deep admiration for law enforcement, often expressing his desire to become a police officer. His respectful demeanor and interactions with officers were a testament to his character.

After working as a security guard at Target, Mr. Morteza Amiri, took his commitment to serving the community further by joining the Brentwood Police Department. He received praise not only from his colleagues but also from residents who appreciated his dedication to making their community safer. When he transferred to the Antioch Police Department, he sought to adapt and integrate into the established culture of the department.

Regrettably, due to certain mistakes, Mr. Morteza Amiri, now finds himself in a difficult situation. However, I want to emphasize that he is not a dangerous individual. He is a devoted father to two young children, a loving husband, and a respectful son. His family relies on him, and they miss him dearly every day.

One of the most beautiful memories I hold of my nephew is the way he carried himself with such grace, kindness, and maturity far beyond his years. If my parents, his beloved grandparents ever needed anything, he was the first to notice, always ready to lend a hand without being asked. Whether it was helping with chores, running errands, or simply offering his presence, he did so with the utmost respect and care. His gentle heart shined in those moments, and it meant the world to our family.

What touched me even more deeply was his unwavering commitment to his mother. Despite his young age, he naturally stepped into the role of "the man of the house." He made it his mission to ease her burdens, protect her peace, and provide comfort wherever he could. The way he honored her strength, while quietly becoming her strength in return, is something I'll never forget. His actions weren't just thoughtful they were a reflection of a soul that understood love, responsibility, and family in the purest form.

While I do not condone his actions, I believe he has already faced significant consequences, including the loss of his job, public scrutiny, and the emotional toll on his family. He has been living in fear and uncertainty while trying to support his loved ones.

I hope this letter helps convey a more complete picture of Mr. Morteza Amiri, as a person. Thank you for your understanding and consideration.

Sincerely,
David Akbarpour

# Letter No. 24
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 25
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 26

Dear Judge White,

My name is Farhad, I try to find the correct words to describe my cousin Morteza Amiri – someone who played an impactful and meaningful role in my life. I understand the circumstances surrounding this case are serious, and I don't want to downplay any of that. My only hope is to offer you a glimpse into the person I know and love, beyond the headlines. Morteza has always carried himself with purpose and integrity, even from a young age. One of my earliest memories with Morteza was about 15 years ago, back when I was 16 years old, spending the night at his house – not a common occasion. That morning, he woke up my twin brother and I early to take us on a spontaneous trip to get donuts and then as a surprise show us around the nearby jail Santa Rita. It wasn't the jail that stood out to me most rather Morteza's excitement showing us where police officers practiced their driving skills. He was passionate, inspired, and hopeful. He always wanted to be a police officer, and that day he gave us a glimpse into a world that he worked very hard to be a part of.

Another memory with Morteza I remember to this day is from a Family trip to Las Vegas, where by chance Morteza and his mom were visiting at the same time. That night, he took my twin brother and I out to walk the Las Vegas strip. It was late and cold, but we were 16 years old and filled with excitement. He took us to a special Krispy Kreme Donut where we watched as they made the donuts in front of our eyes, seeing each donut cross the conveyor belt to be cooked and served. It may sound small to some people, but it meant everything to us. It was the first time me and my twin brother explored without our parents – especially meaningful for us, having grown up under a strict and sometimes abusive father. Morteza gave us the gift of freedom and safety, but most importantly, joy.

As I get older, my respect for Morteza increases. He has become a role model for me. When he could've let the disappointment of losing his dream career crush him, he picked himself up and learned a new skill – wholesaling real estate. He passed that knowledge on to me. In a family where many succeed but few share their blueprints, Morteza was the exception. He wanted me to succeed, too.

When my brother and I opened our family restaurant, Oaktown Kabobs, in the heart of East

Oakland, Morteza made sure he was our very first customer and kept showing up. He always paid and even tried paying extra saying, "If I'm family, I should pay double." That's the kind of man I know Morteza to be loyal, selfless, and always uplifting those around him.

Judge White, I know you have a difficult job ahead of you. I ask that you take this letter into account when considering who Morteza Amiri is – not just in terms of his charges, but as a human being, a cousin, a mentor, and a man who has a lasting impact on those lucky enough to know him. Flawed yes, but full of heart, purpose, and the potential to do good.

With the utmost respect and gratitude,

Farhad Akbarpour

# Letter No. 27
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 28

Dear Judge White,

I hope this message finds you in good health. I would like to express my sincere appreciation for your time and consideration regarding the matter of Morteza Amiri.

I have known Morteza since he was just one year old—he is my nephew—and I have spent a great deal of time with him over the years. From an early age, Morteza has consistently shown strong moral character, a deep sense of responsibility, and a genuine desire to serve and help others. It was always his dream to become a peace officer, and even as a child, he demonstrated the leadership and compassion needed to make a positive impact on those around him.

One specific moment that stands out is how Morteza would guide and mentor his younger cousins during family gatherings, always with patience and kindness. He was also the first to offer help with chores or errands, without ever being asked—his actions always came from a place of sincere care and respect.

Morteza is also a devoted father who plays an essential role in the lives of his children. His support—both emotional and practical—is irreplaceable. We firmly believe that allowing him to serve his sentence under home supervision would be in the best interest of his family, especially his young children who depend on him daily for guidance and stability.

Thank you once again for your attention to this matter. We respectfully ask that you consider the impact of your decision on his family, and the strong character Morteza has consistently demonstrated throughout his life.

Sincerely,

Fred Akbarpour

# Letter No. 29
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 30
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 31
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 32

Dear Judge White,

My name is Sarah Akbarpour, and I am Morteza's cousin. I've been fortunate to know him my entire life, and I want to share who he truly is beyond what the court may see. To me, and to many who know him, Morteza is one of the most caring and kind-hearted people in our lives. He's someone I've always looked up to and deeply admired.

Growing up, Morteza was someone I could always count on. He had a warm, protective presence, and he made me feel seen and supported. He would regularly reach out just to check in, sending thoughtful messages like, "I hope you have an amazing week," or "Happy Sunday!" These may seem like small gestures, but they meant so much. They showed how genuine and intentional his kindness truly is.

Even during his own struggles, Morteza consistently made the effort to care for others. That's the person he has always been someone with a big heart who sincerely wants the best for those around him. I've never known him to be anything but loving, supportive, and grounded in family.

Morteza is also a devoted father of two, and his love for his children shines through in everything he does. He is committed to being the best father he can be, and it's clear that his kids are his greatest priority. Even in difficult times, he never stopped trying to be there for them, providing love and support.

I understand he is facing serious consequences, but I believe this moment does not define who he is. Morteza has always been someone who reflects, learns, and strives to grow. I have no doubt he will work hard to make things right and continue to be a positive force in the lives of his children, our family, and our community.

Thank you for taking the time to read this letter. I hope it provides a fuller picture of the kind, loving, and loyal person Morteza truly is.


Sincerely,

Sarah Akbarpour

# Letter No. 33
# PROVISIONALLY FILED UNDER SEAL

# Letter No. 34
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 35

Dear Judge Jeffrey White,

My name is Tannaz Akbarpour, and I am writing to you in support of my cousin, Morteza Amiri. To give a little background, my extended family is very tight-knit, specifically us cousins. With large families comes a lot of dysfunction, but us cousins have always made sure to love and support one another. I'm sure you might have observed this during Morteza's court hearings when many of us were cycling in and out. With that said, my relationship with Morteza has always been different than with the rest of my cousins. I am the oldest of three kids, so although I had to be a role model for my siblings, I never really had an older sibling to look up to to guide me. Morteza took that role upon himself from an early age; he was and still is like an older brother to me.

Growing up, I was the baby of all the cousins and consequently the bottom of the food chain. While other cousins wouldn't let me join their game nights and would push me around, Morteza always made sure that I was included in anything he was involved in. He would hand me a controller during their xbox games, he would sit with me when I was alone and joke around with me, he would ask me about my interests. He always made me feel like I was important, like I belonged. He was my safe space as a kid.

Eventually, he took on the same role for my younger siblings as he did for me. My youngest brother went through a time where he was really lost. He was failing all of his classes, spending nearly 15 hours a day playing video games, and depressed. Morteza took it upon himself to help him. He would come over and spend hours talking to him, or call him if he couldn't make it in person. He offered a safe space to him, allowed him to talk through his feelings, made him feel important, motivated him to turn his life around. More recently he even mentored him through a new business venture in real estate and it ended up going really well. Not many people would invest the time and effort that Morteza did into helping my siblings and myself get to where we are, but he did it without hesitation. That's just who he is.

As we grew up, very little changed between Morteza and I. He has continued to be my big brother and a role model, not just for me, but for all the cousins. He has always been and still continues to be so kind, well-mannered, respectful, and driven. So much so in fact, that he became a point of comparison for all the aunts and uncles to use against their kids. "You should be more like Morteza" was a common sentiment shared by the parents to us cousins. I will say, it definitely got annoying at times but whether we admit it or not, it was great advice. We could all benefit from being more like him; more goal-driven, more hardworking, and most of all more generous and caring. Honestly, for me, nobody had to say it to me; I wanted to be more like Morteza in every way.

When I say "goal-driven," there was always one big goal that Morteza was working towards when we were growing up. Anybody who knew him, who had even one conversation with him, can probably tell you what it was. He wanted to be a police officer. It was such a significant part of his personality; every move that he made in his life, every decision was a step towards making that goal a reality. He was friends with every officer in our community, his first job that I remember was a security guard at Target that he took very seriously, he had a model car of a police car in his room. I always thought it was an odd goal since it can be quite a dangerous job, but looking back it makes perfect sense. The reason he wanted to be a police officer was the same reason he took on the role of being my big brother - he wanted to help people, to protect them, to make a difference, no matter the consequence. He was always willing to put the wellbeing of others first.

With all of that said, you can imagine my shock and confusion when I sat in the courtroom and saw the text messages. What I was reading did not align with the Morteza that I grew up with, the Morteza I see as my older brother. More than anything, it made me sad, not because I felt like I didn't know him or because I felt lied to, but because it became very clear to me that once he entered the police system, his peers and the culture within the department had made him lose sight of who he truly is. The things he was saying in those texts, the behavior shown, was in complete contradiction with the values he always held and taught me my whole life. Each day after court, he would apologize to all of us who showed up to support him because he was so ashamed and embarrassed of his behavior. In the time since his policing career ended, he's taken the time to reflect and has returned to the same person he's always been at his core and focused on a different goal - being the best father possible to his two beautiful children who view him as their hero and an amazing husband to his wife Emily.

Your honor, I understand Morteza was found guilty and I acknowledge his mistakes, but at his core, in his heart, he is not a criminal. Morteza is still as generous, as caring, as respectful as he was when he was a kid; his heart is still the same. He has never been ill-intentioned or malicious and I still would like to be more like him.

Thank you for taking the time. I hope this helps you in understanding more of who Morteza is at his core.


Best,

Tannaz Akbarpour

# Letter No. 36

**To the Honorable Judge White,**

My name is Yalda Akbarpour, and I am a cousin of Morteza Amiri. A little background about myself: I am 31 years old, born and raised in California. I hold a Master's degree in Engineering with a concentration in Safety Management from the University of Alabama at Birmingham, and I currently work as a Safety Manager for a large construction company. Education and independence are foundational values in our family, largely because we come from immigrant parents who worked hard to plant roots in California. Many of our relatives have built successful lives—owning homes, running businesses, and investing in their future. We were raised to be self-reliant, and we were fortunate to have a stable upbringing that emphasized the importance of growth and education.

Morteza and I are only a couple of years apart. As the oldest sibling in my immediate family, I always longed for an older brother figure—and I'm sure many of our younger cousins would agree that Morteza has always been that role model for all of us. From my earliest memories, he's been someone who wanted to help others. He has always carried himself with kindness, humility, and deep respect—especially for our elders. I can vividly remember him as a young child, excitedly pointing out every police car and fire truck we passed. He always dreamed of being in law enforcement, and he worked tirelessly to achieve that goal. In many ways, Morteza is considered the "golden child" of our family—not because of perfection, but because of his dedication, drive, and compassion.

I was fortunate to share many life experiences with Morteza—we attended Dublin High School and Los Positas College together. When I got my first apartment and started working full-time, Morteza and his wonderful wife, Emily, made sure I never felt alone. They were there for me during my successes and my setbacks. During this period, I was going through a traumatic breakup with my ex-fiance. Morteza would call me everyday, throughout the day to check in and see how I am doing. Morteza and Emily were there the day I was moving into my apartment and were the first visitors I had. He is the older brother I have always wanted and I am so grateful to have him in my life.

When I think back to who has made me laugh the most to the point where you're grabbing your stomach from pain, Morteza is the only one that has done that. When we were in our teens, he would ride his bike to come visit me and my siblings. We lived in a gated community, and it was in the hills of Dublin. No matter how scorching hot it would be, I always knew, Morteza would ride up in his bike at any time, gifting me and my siblings something. He got me my first digital camera for my birthday, and at the time, it was so expensive, no one could afford one. When he gifted it to me, I was jumping up and down from excitement.

Morteza didn't grow up well off. His mom made sure to provide as much as she could so he wouldn't feel the absence of a father. However, he was the type where he wouldn't accept any gifts. He didn't like parties, birthdays, he never wanted anyone to spend money on him, but he would make sure everyone else received a gift from him.

To this day, I can't think of a single flaw in his character. I often joked that he was my grandparents' favorite grandchild—and while we laughed about it, we all knew it was absolutely

true. Morteza's goal in life has always been simple yet profound: to bring joy to those around him. He loves to make people laugh, play pranks, and spread happiness. Seeing him evolve into a loving husband and devoted father of two has been one of the most heartwarming transformations to witness. The bond he has with his kids, is something I want for my future spouse to have.

There were times when I would ask Morteza about his work because I was genuinely interested in his career and the risks our law enforcement officers take to build safer communities. The way he spoke about his job always amazed me. He was so dedicated that he would often miss family parties, weddings, and other important events—because he placed his work and duty above everything else.

I remember when he transferred from Brentwood PD to Antioch, and I asked him, "Why would you do that? Antioch is so unsafe." His response was simple yet powerful: "I want to do more and help. Antioch is unsafe, but I can help with that." His intention has always been to help—never to harm.

None of us are perfect—we all make mistakes, but we grow, we learn, and we try to become better. The laughter and joy Morteza has brought to my life are countless. He walks into every room with a smile, and his lighthearted energy uplifts everyone around him. That's why seeing him in this situation has been so deeply painful for so many. There are hundreds of us—across the world—who are in tears, not because we're shocked that something went wrong, but because we know, without a doubt, that the version of Morteza being portrayed is not the man we know.

In certain environments or social settings, it's easy and sometimes even unconscious for someone to adapt to fit in. I believe that's what happened here. I'm not suggesting any of us are above accountability. But I do believe in redemption. I believe in the dreams of a young boy who always wanted to serve and protect. And I believe we must give people the opportunity to grow, to correct their path, and to continue doing good in the world.

Family is everything. Time is precious. And what is lost cannot be regained. I humbly ask that you consider giving Morteza Amiri a chance to make things right and to be reunited with the family who loves him deeply.

Thank you for taking the time to read my letter. I hope it has given you a small window into the person Morteza truly is.

**Sincerely,**
*Yalda Akbarpour*

# Letter No. 37
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 38

Dear Judge White,

I have known Morteza Amiri his entire life. My mom and his mom were friends before I was born. I was a flower girl at his mom's wedding. I witnessed him grow from a baby into the young man he is today.

My name is Yalda Benjamin, I am a journalist and producer who has worked in newsrooms for more than 20 years, earned 3 Emmy Awards and 10 Emmy Nominations.

From a young age, Morteza always showed the utmost respect to everyone around him. As he grew into his teens, he was always responsible, wise beyond his years, taking care of us whenever we would visit. He shared his room with us, entertained us and made us feel like we were at home. Both Morteza and I were raised by single moms who gave us a lot of love and whenever I would be around Morteza, I felt loved. When I was planning my wedding, I knew it might be difficult because I gave people short notice to travel for our destination wedding but Morteza made the sacrifice, took the effort and made it a priority to be there.

Seeing Morteza as a dad is magical. Those traits of responsibility, nurture, and love are all displayed in the adoration his children have for him. During a gathering, I saw his son accidentally bump his head on a table and both his son and Morteza ran to one another. The embrace comforted him and eased his pain. I witnessed how significant Morteza's role as a father is.

I have a 3 year old son and when my husband travels for work my son is devastated, distraught and counts down the days until daddy comes home. These business trips are only a few days so I can't imagine the pain Morteza's son could be feeling and his younger daughter and wife as well. Those first few years of life are so formative and would cause much more pain to the children who are completely innocent and are being raised and loved by a responsible father.

Morteza has grown up serving those around him. In his youth he supported his mother, a single parent and immigrant. He grew up with his grandparents nearby and would help them with their everyday chores and errands. During his grandfather's funeral Morteza showed up for everything, while in mourning himself, he was one of the few grandchildren who helped me setup for the funeral service. Seeing him as a dad, he's always in service, attending to his children's wants, needs and giving them so much love. I remember when he was a kid he always said he wanted to be a cop and help people. When he became an adult, he worked as security, helping keep his neighborhood mall stay safe. A man of service to his family, friends and community.

While Morteza may have broken the law, he has done so much good during his life and has definitely made a positive impact on my life and so many others.

I hope this letter gives some insight on the person Morteza Amiri is.

All the Best,
Yalda Benjamin

# Letter No. 39

Brandon Bushby

05/01/2025


Your Honor,

I am writing this letter to offer my full support and recommendation for Morteza Amiri, who I have known for approximately 6 years as a friend and coworker. Throughout the time I have known Morteza, he has consistently demonstrated the highest standards of integrity, fairness, and respect for others.

Morteza is a person of exceptional moral character. He is dependable, and always willing to lend a helping hand. Morteza is the type of person that would come out day or night for any friend if they had any problem. He is one of the only people I would count on and trust if my family needed help in any situation. He is also a true husband/father that I look up to and admire. Few men in our generation these days truly give their everything to their family the way Morteza does.

Whether in professional or personal setting, Morteza holds himself to ethical principles and treats everyone with fairness and dignity. In our line of work, we deal with incredibly difficult people in the darkest situations. We do not have a pretty job and unfortunately often things get ugly. But that is what the police are for, to shield the public from those traumatic life experiences. Morteza was the person every officer would want to be there. In the most chaotic and dangerous situations, Morteza was there to keep the public and his officers safe. Yet no matter the call, he was "human" to everyone after the dust settled and had conversations with them, so people understood why things happened.

I have no doubt that Morteza will continue to be an honest, selfless, and trustworthy individual in any role. He is a good man, father, and friend. I fully endorse his character and sincerely believe he has learned from this experience. Thank you for your time and consideration.


Sincerely,

Brandon Bushby

# Letter No. 40
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 41
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 42
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 43
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 44

RE: Character Reference for Mr. Morteza Amiri

Dear Honorable judge White,

      This is Maryam Falahati, a family friend of Mr. Amiri,s grand parents. I know Morteza from childhood, as a three year old little active boy who was so eager to become a policeman when he becomes a young man. He grew up with his very caring and sincere mother and his very respectful, honorable and hardworking grandparents whose hearts were  always open to see the needs of family, friends and neighbors. They often invited me and my family to their family prayers and gatherings almost on a weekly basis.

      Morteza is deeply committed to his family and consistently demonstrates a strong sense of responsibility and compassion. I remember In one of the family and friends gatherings that he had held in his house, I saw how he was watching the kids in the yard playing, at the same time washing dishes to help out his pregnant wife. Beyond his familial duties, he actively contributes to our society through various charitable endavours. He is always willing to assist those in need, often going out of his way to provide support without seeking recognition.

      One particular instance that stands out occured during a cold season when I mentioned during a congregation gathering that we need funds to purchase blankets, gloves and hats for the homeless and less fortunate in San Jose .  I noticed tears in Morteza's eyes as he listened. Moved by the cause, he generously donated to support for the initiative. This act is just one example of his unwavering commitment to help others.

      Morteza's actions reflect a person who not only  understands the value of community but also actively works to uplift those around him. His empathy, generosity, and dedication make him an invaluable asset to both his family and our society.

      I am writing to humbly express my thoughts regarding  Morteza's current situation. I understand that he has Made mistakes and that those actions have consequences. However I also believe the power of growth, redemption and the essential role a dedicated husband and caring father like Morteza can play in the lives of his wife and children.

      Morteza is a father to young children who deeply need his guidance, love and presence. His absence has left a noticeable void in their lives. A father like Morteza is more than just a provider- he is a role model, a protector, and a source of emotional support. His presence is crucial in his children's development and upbringing.

      I wholeheartedly believe that allowing Morteza the opprotunity to return to his family would not only benefit his children but also allow him to become a better person for his family and society. He has the potential to contribute positively if given the  chance and right support. Thank you for your time and consideration in this matter.

Respectfully,

Dr. Maryam Falahati, DDS

# Letter No. 45

**To the Honorable Judge White,**

I am writing this letter to attest to the character of Morteza Amiri, whom I have known for the past 15 years. My name is Kash Ghazanfarpour, and I am a longtime friend, business partner, and family friend of Mr. Amiri.

Mr. Amiri and I first met in high school, where we were classmates and began forming our friendship. Over the years, our bond deepened, both personally and professionally. I would like to highlight key moments from our shared experiences that I believe reflect Mr. Amiri's character.

When Mr. Amiri served as a police officer for the City of Brentwood, I had the opportunity to do a ride-along with him as I was going through the background process to become a peace officer myself. It was immediately clear that he was well-liked and respected within the department. During our ride-along, I quickly noticed the nickname his colleagues had given him—"BHP," short for Brentwood Highway Patrol. This nickname stemmed from his proactive work on the freeway, especially issuing traffic citations during periods without active service calls. He did not believe in downtime and showed an admirable passion for his role. I personally observed his interactions with several citizens that day, and every encounter was conducted with respect and professionalism.

It's important to note that, at the time, the department did not use body-worn cameras (BWC). Despite the comfort of having a friend present, I never witnessed a single disrespectful or inappropriate interaction. I truly believe that what I saw that day was consistent with the man I've known for many years.

Mr. Amiri and I have shared countless lunches, dinners, conversations, and coffees over the years, often in Antioch (where he lives) and Brentwood (where I live). On a few occasions, we ran into individuals Mr. Amiri had previously arrested during his time with the Antioch Police Department. One particularly memorable encounter occurred when two males approached us in a parking lot. Initially, I assumed they had malicious intent, considering Mr. Amiri's profession and recent headlines. To my surprise, the interaction was entirely cordial. They engaged in small talk, asked how he was doing, and one of them remarked, "Man, with everything going on, I just wanna give you a hug. Can I give you a hug?"—and he did. Later, the same individual said, "You always kept it real with me, and you were just doing your job. Although, I will say you could've done your job better—half the time, you couldn't even find the guns I had," and laughed. That moment deeply impacted me.

Mr. Amiri is someone I am proud to call a friend, and I aspire to emulate the kind of husband and father he is. There's a saying: "You are who your friends are," or at least, you begin to adopt some of their habits. I proudly introduce Mr. Amiri to my family and friends because I genuinely admire his values and character, which I've observed through many different lenses over the years. He is selfless and has a deep passion for helping others. As a husband and father, he lives by the same principle that I do—that your spouse and children come first.

Even prior to the grand jury indictment, Mr. Amiri was tirelessly working to create a safety net for his family. I witnessed him make difficult business decisions, eliminating unnecessary costs and assets to prepare for the unknown. His mindset was never about living lavishly before a potential sentence; instead, he focused on building systems and support structures so that his wife could raise their children successfully in his absence.

I also have friends within both the Antioch and Brentwood Police Departments who worked alongside Mr. Amiri. Every single one of them has expressed nothing but respect and admiration for him. Several even commented that he should have stayed in Brentwood, where the department culture was notably different. These colleagues consistently describe him as humorous, friendly, and extremely proactive. He was one of the most dedicated officers, taking his responsibilities to heart because he genuinely cared about making a difference. With that emotional investment came natural human reactions—anger, frustration, sadness—especially when witnessing repeat offenders harm innocent people with little to no consequences. I believe some of Mr. Amiri's humor or comments over text were coping mechanisms for the trauma he faced daily in this line of work.

One profound thing Mr. Amiri once told me is that having children reveals a level of love you never knew was possible. This is why I know, without a doubt, that his top priority is returning home safely to his children, regardless of the sentence he may serve. While the verdict has been rendered, I ask that Mr. Amiri's character be taken into consideration during sentencing.

I am not aware of there ever having been a single personal accusation against Mr. Amiri regarding his integrity or character outside the line of duty. He is a man dedicated to his family and has no desire to ever jeopardize that again.

Thank you for taking the time to consider this letter and my perspective.

Sincerely,
 **Kash Ghazanfarpour**

# Letter No. 46

Dear Honorable Judge,

My name is Suwila Habib Omar, and I am writing to share my personal reflections on Morteza's character. I have known him since childhood as a close family friend, and over the years, I've had the chance to witness the kind of person he truly is—grounded, generous, and deeply committed to those around him.

Morteza has always been someone who shows up for others, quietly and without expectation. I recall a time when my family was going through a difficult season, and Morteza would stop by just to check in or lend a hand. It wasn't just a kind gesture—it was the kind of support that left a lasting impact.

What has always stood out to me is the way he treats people across generations. He has a gentle way with elders—always showing respect, patience, and a willingness to help, whether it's carrying groceries or simply making time to sit and talk. With younger kids, including many in our community, he has been a steady, encouraging presence. He takes the time to listen, to guide, and to set an example through his actions rather than just his words.

I understand that Morteza has been found guilty of two counts. While I do not know the full details of the case, I do not write this letter to excuse or minimize the seriousness of the situation. Instead, I write to ask that you consider the full person behind the charges. The Morteza I've known all these years is someone who has quietly and consistently poured into his community with compassion, humility, and a sense of duty.

I believe his recent conduct is out of character for him, and I sincerely hope that it will be viewed in the broader context of a life that, until now, has been defined by service, care, and integrity.

Thank you for taking the time to read this letter and for considering Morteza as a whole person, not just through the lens of this one chapter.

Respectfully,

Suwila Habib Omar

# Letter No. 47
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 48

To whom it may concern.  My name is Eric Johnsen and I am a retired Antioch Police officer.  I would like you to read and consider this letter prior to sentencing Morteza Amiri for the crimes that he's been covicted of.

I have known Mr. Amiri for many years dating back to approximately 2012.  I first met Mr. Amiri while I was an Antioch Police officer and while he worked as a loss prevention officer for Target and Old Navy in the Slatten Ranch Shopping Center in Antioch, CA. My impressions of him at that time were that he was a motivated hard working young man who was dedicated to his job, and tried to do the best he could.  At this time Mr. Amiri expressed to me that he always wanted to be a police officer.

A few years later, I discovered that Mr. Amiri achieved that dream when he got hired by the Brentwood Police Department.  I never worked with Ofc Amiri directly, while he worked for BPD, but from what I heard from other BPD officers was that he was a dedicated and motivated police officer while employed there who proactively tried to protect the citizens of Brentwood from victimization.

When I later heard that Ofc Amiri lateral transferred to the Antioch Police Department, I was ecstatic as I knew we were getting an excellent young officer.  I trained Ofc Amiri for a period of his time in field training with APD.  Ofc Amiri was excited to work for Antioch, as it was a busy police department with a lot of opportunities to do proactive police work.  Ofc Amiri never made me feel that he had any racist or biased views, and he never violated any citizen's rights in my presence.

After training him, Ofc Amiri successfully completed the field training program, and he became a solo police officer.  I was never in the same patrol unit as him, but I always heard good things about him from supervisors and other officers.  I never heard that he was a "dirty cop" or that he did anything to jeopardize the trust of the citizens of Antioch or other officers in the department.

I have also met Ofc Amiri's young wife and his son.  Ofc Amiri appeared to love his family, and was dedicated to them.

When I retired in 2021 and later heard about the allegations against him, I was surprised and aghast.  These allegations were not consistent with the young man's character that I knew, and the young officer that I worked alongside.  I believe that Ofc Amiri is a good person despite the crimes he has been convicted of.  I also feel that Ofc Amiri may have fallen victim to the praise and admiration he was getting from being a very proactive police officer, and a possible lack of supervision and correction that he should've gotten if policy violations were suspected.

Having said all of this I do believe in our justice system and that Mr. Amiri should be held accountable for the crimes he has been convicted for.  His reputation is already tarnished and he will never be able to be a police officer again.  He is also ineligible to receive any benefits or retirement for his time as a police officer.  I would hope that your Honor would consider Mr.

Amiri's past record as a private citizen and police officer prior to the allegations made against him and show mercy when making your determination of his sentence.

Thank You, Eric Johnsen retired Antioch Police Officer.

# Letter No. 49

Dear Judge White,

My name is Farouzan Kandahari, business owner, and I am a cousin of Morteza Amiri.

I am writing to provide a character reference for Morteza Amiri, whom I have had the privilege of knowing since his childhood. It is with genuine empathy and respect that I share my observations of his character and the positive qualities that I have seen throughout his life. From a young age, Morteza showed kindness, compassion, and generosity. He was the type of child who always had good manners and politeness, traits that set him apart from his peers.  When he got his first job as a teenager, his work ethic was immediately apparent. He was punctual, motivated, and deeply committed to doing his best, qualities that only deepened as he grew older. One incident that stands out in my memory occurred during a family picnic, long before Morteza had children of his own. As he took on the responsibility of barbecuing, I noticed how he engaged with those around him. There was a family seated nearby, and despite being busy, Morteza noticed that they did not have any food, only snacks for the kids.  He took a plate of food to the family.  They were so touched by his act of kindness.  This shows his true generosity and character.

It is my hope that this letter provides insight into the man he has become and the positive impact he has had on those around him.

I understand that Morteza is currently facing serious allegations, and I do not seek to diminish the importance of the legal process or the law. However, I ask that you also consider the man behind these circumstances—the devoted father, the loyal husband, the supportive son, and the positive, giving member of his community. He is deeply loved and needed by his children, his wife, his mother, and many others who rely on his presence and support.

Please consider the totality of who Morteza is and the role he plays in the lives of those around him. I respectfully ask for compassion and leniency as you weigh the next steps.

Kindly,
Farouzan Kandahari

# Letter No. 50
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 51
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 52

To the Honorable Judge White,

My name is Sohaila Moradi, the CEO of ALMAUS, and it is with a heavy but sincere heart that I write to you today. I have known Morteza since the very day he was born, cradled in his mother's arms. From the earliest moments of his life, Morteza has shown a heart full of kindness, humanity, and an extraordinary capacity for love.

When I was working to help those in need, young Morteza would save every penny he could in a small piggy bank, bringing it to me with a proud smile, eager to help the poor and those less fortunate. That beautiful, selfless spirit has stayed with him throughout his life.

What stood out to me the most was a time in my own life when I became a single mother of four, with my youngest son just five years old. Morteza, newly married and not yet a father himself, reached out to me with compassion and understanding. Recognizing that my young son longed for a father figure, Morteza offered his support without hesitation. He would bring toys, take him to the park, and spend time playing ball, simple acts that meant the world to us. It touched me deeply to see how he tried to fill the void in my son's life, perhaps because he, too, grew up without a father and understood that emptiness.

He has grown into a remarkable man,  devoted father, a loving husband, and a deeply respected member of our family and community.

I speak from my heart when I say Morteza is a man incapable of intentionally harming anyone. His life has always reflected goodness, sincerity, and compassion.

His wife and children are the center of his world, and his absence would not only be devastating for him but would deeply wound the hearts of his family, who rely on his love, guidance, and constant presence.

Morteza is the kind of person this world needs more of, not less. He is a rare gem, a man whose quiet acts of kindness often go unnoticed by the world but mean everything to those whose lives he touches. I cannot understand why someone with such a pure, kind, and generous heart would be behind bars.

Removing such a person from his family and community would not serve justice but would instead create unnecessary pain and sorrow for many.

While I fully respect the judicial process and the verdict rendered by a jury of his peers, I feel compelled to share my firm belief that Morteza is not a criminal in spirit or character. I have known him nearly my entire life, and I can say without hesitation that causing harm is not in his nature.

He has always been guided by empathy, not malice. Though he has made mistakes, I believe he remains the same compassionate soul who once gave all he had to help others. He possesses a genuine willingness to reflect, to learn, and to grow from this experience. I know he still has so much good to offer, both to his loved ones and to the wider community.

Today, it is heartbreaking to witness his own children separated from the very father who has always given so much of himself to others. Morteza did not choose to leave them, he was taken from them. He deserves to return home, to raise and care for his children with the same love and dedication he once showed to a child who wasn't even his own.

I respectfully urge Your Honor to see beyond the circumstances and recognize the beautiful, kindhearted soul Morteza truly is. He deserves the chance to continue being the husband, father, and compassionate human being he was meant to be. His family, his community, and this world are better with him in it.

Thank you for your time, compassion, and consideration in this matter.

With deepest respect,

Sohaila Moradi

# Letter No. 53
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 54
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 55

Dear Judge White

My name is Douglas Morrison, I am currently a police officer with the City of Brentwood. I am writing this letter on behalf of my friend and former coworker, Morteza Amiri. Morteza and I worked patrol together at the Brentwood Police Department for approximately 5 years before he transferred to Antioch PD. We because friends immediately when we met, and have remained so for the last 11 years. We shared many adventures and conversations over the hoods of our patrol cars late into the night while the community slept soundly.

I remember feeling mixed emotions when Morteza told me he was leaving for Antioch PD. Even though our cities border one another, I enjoyed working with him any chance I could. I clearly remember being excited to hear his voice on the radio when our shifts aligned. I learned much from Morteza's drive as an officer, and can still remember his willingness to teach our crews about cultural norms within our Middle Eastern communities and how best to respect their beliefs and customs within their homes. I still have the "Hot Sheet" of common vehicle and penal codes taped to my ticket book. I no longer need them for reference, but I keep it as a fond memory of his vigor and drive.

I know Morteza to be a kind, selfless and genuine person, always aiming to please those around him. He was the most diligent of patrol officers, and a man who could always be counted on to show up, no matter the occasion. He is a true crime-fighter, through and through, and as his little family began to grow, I saw a whole new level of selflessness and maturity flourish.

Although Morteza and I no longer work at the same department, we were at neighboring agencies, we kept in touch about family updates and professional accomplishments. He was always the first guy in the door and the last to leave at work, which spoke volumes about his work ethic and commitment to his craft. During the last few years of scrutiny, Morteza remained the husband to his wife and father to his children that they deserved. He did not simply fall apart or shrink away from his situation. I am proud to call Morteza my friend and will continue to support him through this journey. I hope that those who hear these words are able to separate the chatter of the media and look closer at the man standing before them. A father, a husband, a son, and a friend. A man who deserves to watch his children grow, and to foster his relationship with his loving wife.

My sincere thanks for the opportunity to prepare this letter.


Ofc. Douglas Morrison

# Letter No. 56
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 57

To the Honorable Judge White,

I have known Morteza Amiri since he das born. He lived with my family at the tender age of four for about a year with his mother (who happens to be my wife's sister). His parents had just gone through a painful divorce, and he was raised by a single mother with no support from his father.

I remember how much he respected law enforcement officers. He would salute them anytime he saw an officer across the street or in the neighborhood. He was very adorable, respectful, kind, and loved to help others no matter what the task was. I treated him like my fourth son because he got along so well with me, my wife, and my three sons, regardless of their ages. In fact, I still treat him like my son, and the feeling is mutual.

In spite of his family's challenges and difficulties, he grew up to be a bright, hard-working, smart, and task-oriented young man. I know him as an honest and trustworthy gentleman. He always had a desire to do good and to protect the general public from the misguided elements of society.

When he was assigned to the Brentwood Police Department, we heard nothing but praise and satisfaction about his conduct, not only from the department, but also from the residents of Brentwood. When he transferred to the Antioch Police Department, and looking beyond the mistakes he made, it is clear that he tried to adopt the culture that was already established.

Considering his background, in my opinion, he was trying to belong and form a sense of being a team player rather than fight the culture.

Of course, I do not defend all his actions. But in the past few years, he has already paid a hefty price, losing his beloved job and income, facing public humiliation, and living in fear and uncertainty, all while supporting a wife and two young children who depend on him.

I hope I have drawn an honest picture of how I truly see him. Thank you for your consideration.

Sincerely,
Hashim Najafpour

# Letter No. 58

To the Honorable Judge White

My name is Laila Najafpour, and I am Morteza Amiri's aunt. I am also the older sister of his mother. I have known Morteza his whole life, not just as a nephew, but more like one of my own children. He lived in my home when he was very young, and I was there as he grew up.

I always remember Morteza as a gentle, well-behaved, and sweet boy. He was never the kind to argue, disrespect, or talk back. He helped around the house and was kind to others, especially to elders. He was the kind of child you didn't have to correct often. Everyone noticed how respectful and polite he was. He carried himself with calmness and patience even as a little boy.

One of the things that always stood out was how much he admired police officers. It was not just something he said, it was something we all saw. Every time he saw an officer, whether in the car or on the street, he would get excited. He would wave, smile, sometimes salute, and go talk to them. I remember thinking, this is not normal for most kids, this is something deep inside him. He really loved what they stood for, and he dreamed of becoming one of them. Years later, he made that dream real. We were all proud.

What happened in the last couple of years has been very hard for him and the whole family. But I still believe the same boy is inside. I do not believe he ever had bad intentions. I think he got caught in something bigger than himself and tried to keep up. That does not make it right, but I know his heart, and I know how much he regrets it.

Morteza has suffered a lot already. Losing his job, his reputation, and his future plans. He is a family man, with a wife and two small children who love him and need him. I hope when the Court looks at him, it sees the full person, the one we know and love.

Thank you for your time.

Sincerely,

Laila Najafpour

# Letter No. 59

**A Heartfelt Plea on Behalf of Morteza**

Dear Honorable Judge Jeffrey White,

My name is Zoli Partovi, and I am writing to you as Morteza's aunt, but more than that, as someone who has had the privilege of watching him grow into the kind, thoughtful, and deeply devoted man he is today. It breaks my heart to see someone with so much love and goodness in his soul now facing such a painful chapter. I respectfully ask that you consider the full picture of who Morteza truly is beyond this moment in time.

Morteza has always carried a quiet strength and a deeply generous heart. He has never turned away from someone in need, whether that was me, his cousins, or even a stranger on the street. But perhaps the most powerful example of his compassion is the bond he shares with my grandson. A few years ago, my daughter and her son endured a very painful and frightening chapter. Her partner, my grandson's father, became abusive while under the influence. The situation escalated to the point that, when the police became involved, they strongly urged my daughter to seek a restraining order immediately for her and her child's safety.

It was during this time that Morteza stepped in, not just as an uncle, but as a steady, loving father figure. He became the calm in the chaos. The one who reassured my daughter that she wasn't alone, and who showed my grandson what it felt like to be safe, seen, and unconditionally loved. He didn't hesitate for a moment. He showed up. He stayed present. And his presence made all the difference.

To this day, my grandson still asks, "Where is Uncle Morteza?" His absence is deeply felt, and I know that ache will only continue. To my grandson, Morteza isn't just an uncle, he's a hero. A protector. The father figure he lost, but so desperately needed.

From the time he was a young boy, Morteza dreamed of becoming a police officer. While most kids' interests changed with time, his passion never wavered. I remember his mother often worrying, nervous about the risks of that profession, but even in childhood, Morteza's heart was set on helping others and standing up for what was right. It wasn't about authority or recognition for him, it was always about protecting people, being of service, and showing that one person could make a meaningful difference in the lives of many. That calling lived in him deeply, and it shaped the way he treated everyone around him, with respect, compassion, and a desire to do good.

His absence is being felt in so many places, by the children who love him, by our family who relies on him, and by all of us who've leaned on him in countless quiet ways. He is a devoted son, a loving father, a nurturing uncle, and a source of strength in our family. His life has been defined far more by compassion, selflessness, and service than by any single mistake.

Your Honor, I know Morteza is facing serious legal challenges. I do not write to excuse anything, only to ask from the deepest place in my heart that you see him as the full person he is. A man who has made a positive impact on so many lives. A man who is loved, needed, and capable of

great good. I believe with all my heart that if given the chance, he will continue to grow, give back, and make things right, not only for himself, but for all of us who believe in him.

Thank you for your time and for your compassion in considering this letter.

Warmly and respectfully,
**Zoli Partovi**
Aunt of Morteza Amiri

# Letter No. 60

Dear Judge White,

I am writing this letter with a heavy heart, yet also with deep love and admiration, to speak about my cousin, Morteza. As I reflect on our lives growing up together, I can say with absolute certainty that Morteza was, without question, the model child– kind, respectful, gentle, and deeply compassionate.

Although he is younger than me by several years, I've always looked up to him. One of my earliest and fondest memories of Morteza is when he was just three years old. Even at that young age, he carried himself with such politeness and sincerity. Whether greeting family members or meeting strangers, he always extended warmth and kindness with a quiet confidence that seemed well beyond his years. It was clear even then that he had been raised with strong values rooted in integrity, respect, and care for others.

As we grew older, our childhood visits to Grandma's house always included make-believe games. I could always count on Morteza to play along, though the only game he ever really wanted to play was "cops." Even as a young boy, he somehow already knew his purpose: to protect and to serve. Another cherished memory is of us walking the neighborhood, collecting cans and bottles in what we proudly called our "Recy-cool Club." We didn't always get our pennies, but it didn't matter, we were helping, cleaning up our neighborhood, and we believed in our small part making a difference.

In his teenage years, Morteza began working as a security guard at Target. I watched with pride as he moved up the ranks, not just because of his work ethic, but because of the real passion he had for making others feel safe. I remember him stopping burglars, taking his role seriously, and dedicating himself fully to every responsibility. He was already laying the foundation for a future he had dreamed of since he was a child.

Today, even though life has taken us in different directions, he, now raising a beautiful family, and I, still "playing make-believe" in Los Angeles, I still hold him in the highest regard. One of us fulfilled the very dream they carried since childhood. And I know, in my heart, how meaningful that was for him.

Your Honor, it is incredibly difficult to reconcile the person I know with the circumstances that have led us here. In all my years, I have never seen Morteza act with cruelty, indifference, or malice. On the contrary, he is the first to offer help, the first to cheer others on, and the last to ever boast about his own accomplishments. His joy has always come from lifting others, and his proudest achievement by far is the loving home and family he has built.

While I do not claim to understand the full weight of the legal matters before you, I can speak honestly and wholeheartedly to Morteza's character. If he has made mistakes, I have no doubt that he carries them heavily, and that he is the kind of man who would dedicate himself fully to making things right. He is a man who learns, grows, and deeply cares about those around him.

I humbly ask that you take into consideration not only the circumstances of this case but also the life he has lived and the heart he possesses. If there is room for mercy or a path forward, I believe with everything in me that Morteza will walk that path with humility, responsibility, and a continued desire to be of service.

With deepest respect and gratitude,
Mari Saleh

# Letter No. 61
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 62
# PROVISIONALLY FILED
# UNDER SEAL

# Letter No. 63

To Whom It May Concern,

I am writing to provide a character reference for Morteza Amiri, whom I have had the pleasure of knowing for nearly three decades. We first met about 28 years ago at my sister's wedding, where my brother-in-law, Sammy Sharifi, introduced me to Morteza and his mother. Since that day, Morteza has been a consistent presence in our extended family gatherings, and I have come to know him as a kind, respectful, and deeply family-oriented individual.

One of the qualities that stands out most about Morteza is his humility. Despite his accomplishments, he remains grounded and approachable. This humility is evident in the way he interacts with his family, especially his children and his mother. He treats his mother with genuine care and attentiveness, always ensuring her comfort and happiness. His children are equally fortunate to have a father who is patient, loving, and involved in their lives.

A particularly memorable moment occurred about four years ago when Morteza visited Sammy's house in his police car. All the kids were thrilled to see him in uniform and explore the police vehicle. Morteza was beaming with pride as he shared stories about his work and patiently answered the children's endless questions. It was heartwarming to see how he used that opportunity to educate and inspire the young ones, showcasing not just his dedication to his profession but also his generous spirit.

In every interaction, Morteza exemplifies the qualities of a good man—kindness, humility, and a strong sense of duty to his family and community. His actions consistently reflect a thoughtful and respectable individual.

Please feel free to reach out if you need any further information.

Warm regards,

Sousan Taymuree