UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MORTEZA AMIRI,<br><br>　　　　　Defendant. | Case No. 23-cr-00269-JSW-1<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL; DENYING MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. No. 508, 510 |

　　　　Now before the Court is the administrative motion to seal and motion for appointment of counsel filed by Defendant Morteza Amiri. For good cause shown, the Court GRANTS Defendant's motion to seal. The motion and its attachments shall be filed under seal until further order of this Court.

　　　　The motion for appointment of counsel is directed to the Court of Appeals for the Ninth Circuit and is before the wrong court. Accordingly, the motion is DENIED. Defendant is instructed to refile in the appropriate court as needed.

　　　　**IT IS SO ORDERED.**

Dated: July 11, 2025

_____
JEFFREY S. WHITE
United States District Judge