FILED

OCT 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>MORTEZA AMIRI,<br><br>   Defendant - Appellant. | No. 25-4291<br><br>D.C. No.<br>4:23-cr-00269-JSW-1<br>Northern District of California,<br>Oakland<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>MORTEZA AMIRI,<br><br>   Defendant - Appellant. | No. 25-4409<br>D.C. No.<br>4:23-cr-00264-JSW-2<br>Northern District of California,<br>Oakland |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

  The motion (Docket Entry No. 14) by Timothy P. Crudo to withdraw and to appoint new counsel in these consolidated appeals is granted. *See* 18 U.S.C. § 3006A.

  Within 14 days of identifying counsel, the appointing authority for the Northern District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

The briefing schedule is stayed and will be reset in a future order.

The clerk will serve this order on former counsel and appellant individually.