UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellee,<br><br>vs.<br><br>MORTEZA AMIRI,<br><br>Appellant. | U.S.C.A.#: 25-4291 & 25-4409<br>U.S.D.C.#: CR-23-00269-JSW &<br>CR-23-00264-JSW<br><br>ORDER RE: CJA APPOINTMENT<br>OF AND AUTHORITY TO PAY<br>COURT APPOINTED COUNSEL<br>ON APPEAL |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant, replacing Timothy P. Crudo.

Vicki Marolt Buchanan
19201 Sonoma Highway, #243
Sonoma, CA 95476-5413
(707)343-1907
vickimaroltbuchananpc@gmail.com

_____
Appointing Judge: Hon. Judge Jeffrey S. White

November 24, 2025
Date of Order

11/21/2025
Nunc Pro Tunc Date